```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 17967
   ABRAHAM MOSKOVITS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-5406


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 10/02/2007 and was not confirmed.

   The case was dismissed without confirmation 11/15/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                         PAID         PAID
--------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE UNSECURED         1617.16          .00          .00
ASSET ACCEPTANCE CORP    UNSECURED         9675.10          .00          .00
ASSET ACCEPTANCE CORP    UNSECURED         2135.92          .00          .00
ASSET ACCEPTANCE CORP    UNSECURED          149.83          .00          .00
DAVID M SIEGEL           DEBTOR ATTY          .00                        .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                          .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         --------------        --------------
TOTALS                       .00                     .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 02/27/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```